UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| Case No. | CV 07-06835 AHM (AJWx) | Date | February 15, 2008 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC., et al. v. DIVX, INC. et al | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |

**Proceedings:**         (In Chambers)–No Proceedings Held

  The Court DENIES Defendant DivX's motion to transfer this action to the Southern District of California.  On February 5, 2008, Judge Sabraw granted UMG's motion to dismiss and dismissed the action without prejudice, finding that "the remedy that Plaintiff [DivX] seeks is more completely and effectively adjudicated in a court that can apply the safe harbor provision to all copyrights at issue."  That decision effectively undermines DivX's contentions that the "first-to-file" rule warrants transfer.  In addition, DivX has failed to meet its burden of establishing that the convenience of the parties and witnesses warrants transfer.

  The Court takes under submission DivX's alternative motion to dismiss.  Whether UMG may avoid having its counsel disqualified for a conflict of interest because of Irell and Manella's representation in several other cases is an issue more subtle than UMG's counsel in this case appears to recognize.  The Court may invite further briefing.

|  | : |
|---|---|
| Initials of Preparer | SMO |