UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-6835-AHM (AJWx) | Date | February 22, 2008 |
|---|---|---|---|
| Title | UMG Recordings, Inc., et al. v. DIVX, Inc., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS:  ORDER RE ELECTRONIC FILING

Effective January 1, 2008, electronic filing has been mandatory for all new and pending civil cases in the United States District Court for the Central District of California.

All documents which are required to be filed in an electronic format pursuant to General Order No. 08-02   must be filed electronically no later than midnight on the date due, unless otherwise ordered by the Court.  Documents filed late may be stricken by the Court.  The Court will not accept documents which were filed electronically, but which otherwise fail to comply with filing requirements.

<u>Courtesy Paper Copies</u>.  Unless otherwise ordered, courtesy paper copies of all electronically filed documents must be delivered to the courtesy box outside chambers no later than 12:00 noon the following business day.  The courtesy paper copies must comply with Local Rule 11-3, i.e., blue backed, font size, page numbering, tabbed exhibits, etc., unless otherwise directed.  The courtesy paper copy must be prominently labeled COURTESY COPY on the face page.  The courtesy paper copy must include the Notice of Electronic Filing, which should be the last page of the document.  The court's CM/ECF website contains additional instructions for delivery of courtesy copies.

It would benefit the Court, and thus would be in counsel's interest, for counsel seeking any kind of expedited relief, such as by an *Ex Parte* Application or an application for a Temporary Restraining Order, to deliver the courtesy paper copies to chambers *immediately* after the applicable filed document(s) have been filed.

|  | : |
|---|---|
| Initials of Preparer | SMO |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-6835-AHM (AJWx) | Date | February 22, 2008 |
|---|---|---|---|
| Title | UMG Recordings, Inc., et al. v. DIVX, Inc., et al. | | |