UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | CV 07-06835 AHM (AJWx) | Date | July 30, 2009 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC., et al. v. DIVX, INC. et al | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eaglen | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**   (In Chambers)–No Proceedings Held

The parties have filed a joint stipulation to amend the current scheduling order and extend the current non-expert discovery cutoff from August 17, 2009 to November 9, 2009. The primary basis for the stipulation is a purported conflict between this case and the trial that was scheduled in *UMG Recordings, Inc., et al. v. Veoh Networks, Inc., et al.*, C.D. Cal., Case No. 07-CV-05744 AHM (AJWx).

The Court DENIES the stipulation[1] given the fact that today the Court continued the *Veoh* pre-trial conference from August 3, 2009 to September 14, 2009, and the *Veoh* trial from August 18, 2009 to September 29, 2009. Any residual "conflict" will be insignificant, as UMG has retained different outside counsel in each case. The Court also notes that the September 21, 2009 mediation will be benefited by further depositions, which will allow the parties to assess their respective positions.

:
Initials of Preparer   se

---

[1] Docket No. 254.