UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

No.   CV 07-6835-AHM(AJWx)                                         Date: August 4, 2009

Title: UMG RECORDINGS INC. VS. DIVX., INC

Present: The
 Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

|  | CS 08-04-09 |  |
|---|---|---|
| Ysela Benavides | | N/A |
| Deputy Clerk | Court Smart | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Sean Morris | Colleen Bal |
| | Maura L. Rees |

**Proceedings:**   1)PLAINTIFF'S MOTION TO COMPEL (1)RESPONSES TO DISCOVERY; (2)ADDITIONAL CUSTODIANS; AND (3) SEARCH TERMS AND CUSTODIAN METADATA AGAINST DIVX., INC. 2) DEFENDANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY FROM UMG (Interrogatory Nos. 10, 11 and 13 AND REQUESTS FOR PRODUCTION NOS. 11 AND 96)

Case called.  Counsel make their appearances.  Court questions counsel and listens to their responses.

Divx's motion to compel is granted as to request for production 11, and submitted as to the rest of the motion.  Separate order to issue.

UMG's motion to compel responses to discovery is submitted for decision. Separate order to issue.


cc:  Parties

                                                                                    1   :   40

                                                            Initials of Preparer   yb