RONALD L. JOHNSTON (State Bar No. 57418)
Ronald.Johnston@aporter.com
SEAN MORRIS (State Bar No. 200368)
Sean.Morris@aporter.com
RYAN M. NISHIMOTO (Stage Bar No. 235208)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Facsimile:   (213) 243-4199

*Attorneys for Plaintiffs*,
UMG RECORDINGS, INC., *et al*.

DAVID H. KRAMER (State Bar No. 168452)
dkramer@wsgr.com
COLLEEN BAL (State Bar No. 167637)
cbal@wsgr.com
MAURA L. REES (State Bar No. 191698)
mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

*Attorneys for Defendant*,
DIVX, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al*.,<br>        Plaintiffs,<br><br>   v.<br><br>DIVX, INC., a Delaware corporation;<br>DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 07-06835 AHM (AJWx)<br><br>**STIPULATION RE HEARING DATE ON DIVX, INC.'S MOTION FOR A PROTECTIVE ORDER REGARDING THE DEPOSITION OF KEVIN HELL**<br><br>Judge:  Hon. Andrew J. Wistrich<br>Ctrm:   690 |

Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., Rondor Music International, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, and Universal Music - MBG Music Publishing Ltd. (collectively "UMG"), on the one hand, and Defendant DivX, Inc. ("DivX"), on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, UMG and DivX stipulate that, if agreeable to the Court, the hearing on DivX's motion for a protective order, which is to be filed on August 25, 2009, will be held on September 11, 2009; and

WHEREAS, UMG and DivX also stipulate that, if agreeable to the Court, each party may file a supplemental memorandum of law not later than August 31, 2009;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. If agreeable to the Court, the hearing on DivX's motion for a protective order will be held on September 11, 2009.

2. The parties will file their joint stipulation regarding DivX's motion for a protective order on August 25, 2009.

3. Each party may file a supplemental memorandum of law not later than August 31, 2009.

Dated: August 25, 2009                ARNOLD & PORTER LLP

                                      By:  /s/ Ryan M. Nishimoto
                                           Ryan M. Nishimoto
                                           Attorneys for Plaintiffs UMG
                                           Recordings, Inc., *et al.*

Dated: August 25, 2009                WILSON SONSINI GOODRICH & ROSATI

                                      By:  /s/ Natalie J. Morgan w/p RMN
                                           Natalie J. Morgan
                                           Attorneys for Defendant DivX, Inc.