Ronald L. Johnson (State Bar No. 57418)
Sean Morris (State Bar No. 200368)
Ryan M. Nishimoto (State Bar No. 235208)
Emilia Petersen (State Bar No. 253681)
ARNOLD & PORTER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>DIVX, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV07-06835 AHM (AJWx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Application to File Under Seal; (2) Proposed Order Granting Application to File Under Seal; (3) Declaration of Clifton Lancaster; (4) Exhibits A and B to Declaration of Ryan M. Nishimoto in Support of Plaintiffs' *Ex Parte* Application for Clarification of the Court's August 6, 2009 Order re Daniel Kinzler or, in the Alternative, Reconsideration

**Document Description:**

☐ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other See above

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required (*reason*): The listed documents contain highly confidential, commercially sensitive, non-public information belonging to UMG, or that contain information designated by DivX as "ATTORNEYS' EYES ONLY," pursuant to the parties' Stipulated Protective Order entered by this Court on February 2, 2009.

| | |
|---|---|
| August 27, 2009<br>Date | /s/ Ryan M. Nishimoto<br>Attorney Name<br>Plaintiffs, UMG RECORDINGS, INC., et al.<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/08) **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.Forms*Workflow*.com