1  RONALD L. JOHNSTON (State Bar No. 57418)
   Ronald.Johnston@aporter.com
2  SEAN MORRIS (State Bar No. 200368)
   Sean.Morris@aporter.com
3  RYAN M. NISHIMOTO (State Bar No. 235208)
   Ryan.Nishimoto@aporter.com
4  EMILIA PETERSEN (State Bar No. 253681)
   Emilia.Petersen@aporter.com
5  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
6  Los Angeles, California 90017-5844
   Telephone:  (213) 243-4000
7  Facsimile:   (213) 243-4199

8  Attorneys for Plaintiffs
   UMG RECORDINGS, INC., et al.

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
AUG 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
AUG 27 PM 3:38

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC – MGB NA LLC, a California Limited Liability company; UNIVERSAL MUSIC – Z TUNES LLC, a New York Limited Liability company; and UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD., a UK company,<br><br>Plaintiffs,<br><br>v.<br><br>DIVX, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 07-06835 AHM (AJWx)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR PERMISSION TO FILE UNDER SEAL:<br><br>DECLARATION OF CLIFTON LANCASTER<br><br>EXHIBITS A AND B TO THE DECLARATION OF RYAN M. NISHIMOTO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR CLARIFICATION OF THE COURT'S AUGUST 6, 2009 ORDER RE DANIEL KINZLER OR, IN THE ALTERNATIVE, RECONSIDERATION<br><br>Courtroom: 690<br>Judge:    Hon. Andrew J. Wistrich |

1  The Application for Permission to File Under Seal (1) the Declaration of
2  Clifton Lancaster and (2) Exhibits A and B to the Declaration of Ryan M. Nishimoto
3  in Support of Plaintiffs' *Ex Parte* Application for Clarification of the Court's August
4  6, 2009 Order Re Daniel Kinzler or, in the Alternative, Reconsideration.
5  ("Application to Seal") was filed on August 27, 2009.

6  Having considered the Application to Seal, and good cause appearing for the
7  granting of the Application to Seal, IT IS HEREBY ORDERED that, for good cause
8  shown, pursuant to Local Rule 79-5.1, the Application to Seal shall be, and hereby is,
9  GRANTED, and that (1) the Declaration of Clifton Lancaster and (2) Exhibits A and
10 B to the Declaration of Ryan M. Nishimoto in Support of Plaintiffs' *Ex Parte*
11 Application for Clarification of the Court's August 6, 2009 Order Re Daniel Kinzler
12 or, in the Alternative, Reconsideration shall be filed under seal.

14 IT IS SO ORDERED.

15 Dated: 8/28/09

_____
The Honorable Andrew J. Wistrich
United States Magistrate Judge
Central District of California

Respectfully submitted by:
ARNOLD & PORTER LLP

By: _____
Ryan M. Nishimoto
Attorneys for Plaintiffs
UMG Recordings, Inc. *et al.*

- 1 -