COLLEEN BAL (State Bar No. 167637)
cbal@wsgr.com
DAVID H. KRAMER (State Bar No. 168452)
dkramer@wsgr.com
MAURA L. REES (State Bar No. 191698)
mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650)493-9300
Facsimile: (650) 565-5100

NATALIE J. MORGAN (State Bar No. 211143)
nmorgan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399

Attorneys for Defendant DIVX, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP. a New York Corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC-MGB NA LLC, a California limited liability company; UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; and UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD., a UK company,<br><br>Plaintiffs,<br><br>v.<br><br>DIVX, INC., a Delaware corporation,<br><br>Defendant. | No. CV 07-06835 AHM (AJWx)<br><br>**DIVX, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**FILED UNDER SEAL ATTORNEYS EYES ONLY PURSUANT TO PROTECTIVE ORDER**<br><br>Hearing Date: September 28, 2009<br>Time: 10:00 a.m.<br><br>Pretrial Conference: 11-9-09<br>Trial Date: 11-24-09 |

DIVX, INC.'S. MOTION FOR SUMMARY
JUDGMENT OF NONINFRINGEMENT
CASE NO. CV 07-06835 AHM (AJWX)