COLLEEN BAL (State Bar No. 167637)
cbal@wsgr.com
DAVID H. KRAMER (State Bar No. 168452)
dkramer@wsgr.com
MAURA L. REES (State Bar No. 191698)
mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650)493-9300
Facsimile:   (650) 565-5100

NATALIE J. MORGAN (State Bar No. 211143)
nmorgan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399

Attorneys for Defendant DIVX, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP. a New York Corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC-MGB NA LLC, a California limited liability company; UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; and UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD., a UK company,<br><br>             Plaintiffs,<br><br>      v.<br><br>DIVX, INC., a Delaware corporation<br><br>             Defendant. | Case No. CV 07-06835 AHM (AJWx)<br><br>**PROPOSED ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Date:     September 28, 2009<br>Time:    10:00 a.m.<br>Ctrm:    14<br>Judge:   Hon. A. Howard Matz<br><br>Discovery Cutoff:    August 17, 2009<br>Pretrial Conference: November 9, 2009<br>Trial Date:          November 24, 2009 |

1  DivX, Inc.'s Motion for Summary Judgment of Noninfringement came on
2  for hearing before on September 28, 2009.  The Court, having reviewed the
3  Motion, Memorandum of Points and Authorities, the Statement of Uncontroverted
4  Facts, the Declaration of Maura L. Rees and accompanying exhibits, and all files
5  and pleadings in this action and any other matter that may properly come before
6  the Court at or before the time of hearing on this matter as may be considered by
7  the Court, and good cause appearing, HEREBY ORDERS that:

8  DivX, Inc.'s Motion is GRANTED:

9  (1) Summary judgment of non-infringement shall be entered for
10 Defendant DivX, Inc. because there is no admissible evidence in the record to
11 prove the content of Plaintiffs' copyrighted works, which is an essential element of
12 Plaintiffs' claims.

13  --- In the Alternative --

14  (1) Partial summary judgment of noninfringement shall be entered in
15 favor of DivX, Inc. as to the copyrighted works listed on Exhibit 17 to the Rees
16 Declaration because there is no admissible evidence in the record to support
17 Plaintiffs' ownership of these works, which is an essential element of Plaintiffs'
18 claims.

19  (2) Partial summary judgment of noninfringement shall be entered in
20 favor of DivX, Inc. on the 204 copyrighted works that UMG asserted to be
21 "withdrawn" from the case on August 27, 2009.

22  (3) Partial summary judgment of noninfringement shall be entered in
23 favor of DivX, Inc. on all of the copyrighted works [stricken from the Second
24 Amended Complaint] / [as to which nonfringement is to be taken as established].
25 IT IS SO ORDERED.

26
27  Dated: _____      _____
28                              THE HONORABLE A. HOWARD MATZ
                                United States District Judge