1  COLLEEN BAL (State Bar No. 167637)
   cbal@wsgr.com
2  DAVID H. KRAMER (State Bar No. 168452)
   dkramer@wsgr.com
3  MAURA L. REES (State Bar No. 919698)
   mrees@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650)493-9300
6  Facsimile: (650) 565-5100

7  NATALIE J. MORGAN (State Bar No. 211143)
   nmorgan@wsgr.com
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  12235 El Camino Real, Suite 200
   San Diego, California 92130
10 Telephone: (858) 350-2300
   Facsimile: (858) 350-2399
11
   Attorneys for Defendant DIVX, INC.
12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15
   UMG RECORDINGS, INC., a          Case No. CV 07-06835 AHM (AJWx)
16 Delaware corporation; et al.,
                                    **DIVX, INC.'S NOTICE OF MOTION
17          Plaintiffs,             AND MOTION FOR SUMMARY
                                    JUDGMENT RE DMCA SAFE
18                                  HARBOR; MEMORANDUM OF
      v.                            POINTS AND AUTHORITIES**
19
   DIVX, INC., a Delaware corporation
20                                  **FILED UNDER SEAL PURSUANT TO
21          Defendant.              PROTECTIVE ORDER**
22
                                    Date:     September 28, 2009
23                                  Time:     10:00 a.m.
                                    Ctrm:     14
24                                  Judge:    Hon. A. Howard Matz
25
26                                  Discovery Cutoff:    August 17, 2009
                                    Pretrial Conference: November 9, 2009
27                                  Trial Date:          November 24, 2009
28

DivX's Mot. for Summary Judgment re DMCA Safe
Harbor
Case No. CV 07-06835 AHM (AJWx)