| | |
|---|---|
| 1 | COLLEEN BAL (State Bar No. 167637) |
| | cbal@wsgr.com |
| 2 | DAVID H. KRAMER (State Bar No. 168452) |
| | dkramer@wsgr.com |
| 3 | MAURA L. REES (State Bar No. 919698) |
| | mrees@wsgr.com |
| 4 | WILSON SONSINI GOODRICH & ROSATI |
| | 650 Page Mill Road |
| 5 | Palo Alto, CA 94304-1050 |
| | Telephone: (650)493-9300 |
| 6 | Facsimile: (650) 565-5100 |
| 7 | NATALIE J. MORGAN (State Bar No. 211143) |
| | nmorgan@wsgr.com |
| 8 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 9 | 12235 El Camino Real, Suite 200 |
| | San Diego, California 92130 |
| 10 | Telephone: (858) 350-2300 |
| | Facsimile: (858) 350-2399 |
| 11 | |
| | Attorneys for Defendant DIVX, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP. a New York Corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; UNIVERSAL MUSIC-MGB NA LLC, a California limited liability company; UNIVERSAL MUSIC – Z TUNES LLC, a New York limited liability company; and UNIVERSAL MUSIC – MBG MUSIC PUBLISHING LTD., a UK company, <br><br>  Plaintiffs, <br><br>  v. <br><br> DIVX, INC., a Delaware corporation, <br><br>  Defendant. | No. CV 07-06835 AHM (AJWx) <br><br> **[PROPOSED] ORDER GRANTING DIVX, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT RE DMCA SAFE HARBOR** <br><br> Hearing Date: September 28, 2009 <br> Time: 10:00 a.m. <br><br> Pretrial Conference: 11-9-09 <br> Trial Date: 11-24-09 |

1  DivX, Inc.'s Motion for Summary Judgment Re DMCA Safe Harbor came on
2  for hearing before this Court on September 28, 2009.  The Court, having reviewed
3  the Motion, Memorandum of Points and Authorities, the declarations of Maura L.
4  Rees and Lee C. Milstein with accompanying exhibits, and all files and pleadings in
5  this action and any other matter that may properly come before the Court at or
6  before the time of hearing on this matter as may be considered by this Court, and
7  good cause appearing,
8      HEREBY ORDERS that:
9      DivX, Inc.'s Motion is GRANTED:
10  DivX is entitled to the safe harbor protections of 17 U.S.C. section 512(c).
11  Although the Section 512(c) safe harbor does not immunize a service provider
12  from all forms of injunctive relief, such relief is moot here because the Stage6
13  service at issue has long been discontinued.  Accordingly, application of the
14  Section 512(c) safe harbor entitles DivX to judgment in its favor.  Therefore, this
15  Court grants summary judgment that 17 U.S.C. section 512(c) bars UMG's claims
16  against DivX.
17  IT IS SO ORDERED.
18
19  Dated: _____
    THE HONORABLE A. HOWARD MATZ
20      United States District Judge