COLLEEN BAL (State Bar No. 167637)
cbal@wsgr.com
DAVID H. KRAMER (State Bar No. 168452)
dkramer@wsgr.com
MAURA L. REES (State Bar No. 191698)
mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

NATALIE J. MORGAN (State Bar No. 211143)
nmorgan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399

Attorneys for Defendant DIVX, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIVX, INC., a Delaware corporation, <br><br> Defendants. | Case No. CV 07-06835 AHM (AJWx) <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE/LODGE UNDER SEAL <br><br> DIVX, INC.'S NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH SCHEDULING ORDERS; MEMORANDUM OF POINTS AND AUTHORITIES <br><br> DIVX, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT; MEMORANDUM OF POINTS AND AUTHORITIES; SEPARATE STATEMENT OF UNCONTROVERTED FACTS <br><br> DIVX, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF RE DMCA SAFE HARBOR; MEMORANDUM OF POINTS AND AUTHORITIES; STATEMENT OF UNCONTROVERTED FACTS |

PROPOSED ORDER                                               CASE NO. CV 07-06835 AHM (AJWx)
                                                                                3771189_1.DOC

| | |
|---|---|
| | EXHIBITS 11, 12, 13, 21, 23, 24, 29, 30, 33, 34, 35, 36, 38, 40, 41, 42, 43, 46, 47, 49 AND 50 TO THE DECLARATION OF MAURA REES IN SUPPORT OF DIVX, INC.'S MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR SANCTIONS |
| | DECLARATION OF LEE C. MILSTEIN IN SUPPORT OF DIVX, INC.'S MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS D, E, F, I, J, L, M, N, O, P, Q, AND R UNDER SEAL |
| | Date: September 28, 2009 |
| | Time: 10:00 am. |
| | Courtroom: 14 |
| | Judge: Hon. A. Howard Matz |
| | Discovery Cutoff: August 17, 2009 |
| | Pretrial Conference: November 9, 2009 |
| | Trial Date: November 24, 2009 |

GOOD CAUSE APPEARING THEREFOR, it is hereby ORDERED that the following shall be filed/lodged under seal:

DivX, Inc.'s Notice of Motion and Motion for Sanctions for Failure to Comply with Scheduling Orders; Memorandum of Points and Authorities;

DivX, Inc.'s Notice of Motion and Motion for Summary Judgment of Noninfringement; Memorandum of Points and Authorities; and Statement of Uncontroverted Facts;

DivX, Inc.'s Notice of Motion and Motion for Summary Judgment Re DMCA Safe Harbor, Memorandum of Points and Authorities; and Statement of Uncontroverted Facts;

Exhibits 11, 12, 13, 21, 23, 24, 29, 30, 33, 34, 35, 36, 38, 40, 41, 42, 43, 46, 47, 49 and 50 to the Declaration of Maura L. Rees in Support of DivX, Inc.'s Motions for Summary Judgment and Motion for Sanctions; and

Declaration of Lee C. Milstein in Support of DivX, Inc.'s Motions for Summary Judgment with Exhibits D, E, F, I, J, L, M, N, O, P. Q, and R under Seal.

IT IS SO ORDERED.

Dated: 9-1-09

The Honorable A. Howard Matz
United States District Judge

Respectfully submitted by:

WILSON SONSINI GOODRICH & ROSATI

By: /s/ Maura L. Rees
    Maura L. Rees
    Attorneys for Defendant DivX, Inc.