Ronald L. Johnson (State Bar No. 57418)
Sean Morris (State Bar No. 200368)
Ryan M. Nishimoto (State Bar No. 235208)
Emilia Petersen (State Bar No. 253681)
ARNOLD & PORTER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>DIVX, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV07-06835 AHM (AJWx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) Application for Permission to File/Lodge Under Seal;

(2) Declaration of Ryan M. Nishimoto in Support of Application for Permission to File/Lodge Under Seal;

(3) Proposed Order Granting Application for Permission to File/Lodge Under Seal;

(4) Plaintiffs' Opposition to Motion for Summary Judgment re DMCA Safe Harbor;

(5) Plaintiffs' Statement of Genuine Issues of Material Fact in Opposition to DivX, Inc.'s Motion for Summary Judgment re DMCA Safe Harbor;

(6) Declaration of Ryan M. Nishimoto in Support of Plaintiffs' Opposition to DivX, Inc.'s Motion for Summary Judgment re DMCA Safe Harbor;

(7) Declaration of Benjamin Edelman in Support of Plaintiffs' Opposition to Motion for Summary Judgment re DMCA Safe Harbor;

(8) Declaration of Ellis Horowitz in Support of Plaintiffs' Opposition to Motion for Summary Judgment re DMCA Safe Harbor;

(9) Audible Magic Final Report 3-30-09.pdf [non-paper physical exhibit], containing one ".pdf" file bearing the same title; and

(10) Sample Infringements in Opposition to DivX's DMCA Motion For Summary Judgment [non-paper physical exhibit], containing 14 folders of audiovisual files in ".mp3" and ".divx" format, and screenshots in ".pdf" format.

**Document Description:**

☐ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other See above

**Reason:**

☒ Under Seal

☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required (*reason*): The documents listed at items 4-8 and the non-paper physical exhibit listed at item 9 contain information designated by both parties as "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY," pursuant to the parties' Stipulated Protective Order entered by this Court on February 2, 2009. The non-paper physical exhibit listed at item 10 is not conducive to e-filing.

| | |
|---|---|
| September 14, 2009 | /s/ Ryan M. Nishimoto |
| Date | Attorney Name |
| | Plaintiffs, UMG RECORDINGS, INC.,et al. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).