COLLEEN BAL (State Bar No. 167637)
cbal@wsgr.com
DAVID H. KRAMER (State Bar No. 168452)
dkramer@wsgr.com
MAURA L. REES (State Bar No. 919698)
mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650)493-9300
Facsimile:   (650) 565-5100

NATALIE J. MORGAN (State Bar No. 211143)
nmorgan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399

Attorneys for Defendant DIVX, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DIVX, INC., a Delaware corporation<br><br>Defendant. | Case No. CV 07-06835 AHM (AJWx)<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br>Hearing Date:  September 28, 2009<br>Time:            10:00 a.m.<br><br>Discovery Cutoff:     08/17/09<br>Pretrial Conference:  11/09/09<br>Trial Date:             11/24/09 |

# CERTIFICATE OF SERVICE

I, Liz Hoke, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 12235 El Camino Real, Suite 200, San Diego, California 92130.

On this date, I served:

Notice of Manual Filing;

Application to File Under Seal DivX, Inc.'s Reply Memorandum in Support of Motion for Summary Judgment re DMCA Safe Harbor and Related Documents;

Proposed Order Granting Application to File Under Seal DivX, Inc.'s Reply Memorandum in Support of Motion for Summary Judgment re DMCA Safe Harbor and Related Documents;

Declaration of Natalie J. Morgan in Support of Application to File Under Seal DivX, Inc.'s Reply Memorandum in Support of Motion for Summary Judgment re DMCA Safe Harbor and Related Documents;

DivX, Inc.'s Reply Memorandum in Support of Motion for Summary Judgment Re DMCA Safe Harbor;

DivX, Inc.'s Reply to Plaintiffs' Statement of Genuine Issues of Material Fact in Opposition to DivX, Inc.'s Motion for Summary Judgment Re DMCA Safe Harbor;

DivX, Inc.'s Response to Plaintiffs' Evidentiary Objections to DivX, Inc's Statement of Uncontroverted Facts and Conclusions of Law in Support of Its Motion for Summary Judgment Re DMCA Safe Harbor;

DivX, Inc.'s Objections to UMG's Evidence in Opposition to DivX's Motion for Summary Judgment Re DMCA Safe Harbor; and

Exhibits 57-65 And 67-69 to the Declaration of Maura L. Rees in Support of DivX, Inc.'s Reply in Support of Motion for Summary Judgment Re DMCA Safe Harbor.

1    ☒    By placing the document(s) in a sealed envelope for collection and
2         mailing with the United States Postal Service on this date to the
         following person(s):
3
4         Ronald L. Johnston, Esq.
         Sean Morris, Esq.
5         Ryan M. Nishimoto, Esq.
         Arnold & Porter, LLP
6         777 South Figueroa Street, 44th Floor
7         Los Angeles, CA  90017-5844

8    I also served the documents described above:
9
10    ☒    By forwarding the document(s) by electronic mail to:

11        Ronald L. Johnston, Esq.      Ronald.Johnston@aporter.com
12        Sean Morris, Esq.             Sean.Morris@aporter.com
         Ryan Nishimoto, Esq.          Ryan.Nishimoto@aporter.com
13
14        I declare that I am employed in the office of a member of the bar of this
15    Court at whose direction the service was made.  Executed at San Diego, California
16    on September 21, 2009.

17                                      _____
18                                      Liz Hoke
19
20
21
22
23
24
25
26
27
28