

1  COLLEEN BAL (State Bar No. 167637)
   cbal@wsgr.com
2  DAVID H. KRAMER (State Bar No. 168452)
   dkramer@wsgr.com
3  MAURA L. REES (State Bar No. 191698)
   mrees@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
5  Palo Alto, CA  94304-1050
   Telephone:  (650)493-9300
6  Facsimile:  (650) 565-5100

7  NATALIE J. MORGAN (State Bar No. 211143)
   nmorgan@wsgr.com
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  12235 El Camino Real, Suite 200
   San Diego, California 92130
10 Telephone: (858) 350-2300
   Facsimile: (858) 350-2399

11
   Attorneys for Defendant DIVX, INC.
12
                    UNITED STATES DISTRICT COURT
13
                   CENTRAL DISTRICT OF CALIFORNIA
14

15 | UMG RECORDINGS, INC., *et al.*, | Case No. CV 07-06835 AHM (AJWx) |

16          Plaintiffs,              **DECLARATION OF NATALIE J.**
                                     **MORGAN IN SUPPORT OF**
17      v.                           **APPLICATION TO FILE UNDER**
                                     **SEAL DIVX, INC.'S REPLY**
18 DIVX, INC., a Delaware            **MEMORANDUM IN SUPPORT OF**
   corporation,                      **MOTION FOR SUMMARY**
19                                   **JUDGMENT RE DMCA SAFE**
           Defendants.               **HARBOR AND RELATED**
20                                   **DOCUMENTS**

21                                   Hearing Date: September 28, 2009
                                     Time: 10:00 a.m.
22
                                     Pretrial Conference:  11-9-09
23                                   Trial Date:  11-24-09

24

25

26

27

28

1       I, Natalie J. Morgan, declare:

2          1.    I am an associate in the law firm of Wilson Sonsini Goodrich &

3 Rosati ("WSGR"), counsel of record for defendant, DivX, Inc. ("DivX"), in the

4 above-referenced matter.  I have personal knowledge as to the facts contained

5 herein and could competently testify thereto.

6          2.    The following pleadings refer to or contain information that has been

7 designated by DivX and/or Plaintiffs in this action as "Confidential" and/or

8 "Attorney's Eyes Only" under the Protective Order entered by the Court on

9 February 2, 2009:

10             a. DivX, Inc.'s Reply Memorandum in Support of Motion for

11 Summary Judgment Re DMCA Safe Harbor;

12             b. DivX, Inc.'s Reply to Plaintiffs' Statement of Genuine Issues of

13 Material Fact in Opposition to DivX, Inc.'s Motion for Summary Judgment Re

14 DMCA Safe Harbor;

15             c. DivX, Inc.'s Response to Plaintiffs' Evidentiary Objections to

16 DivX, Inc's Statement of Uncontroverted Facts and Conclusions of Law in Support

17 of Its Motion for Summary Judgment Re DMCA Safe Harbor;

18             d. DivX, Inc.'s Objections to UMG's Evidence in Opposition to

19 DivX's Motion for Summary Judgment Re DMCA Safe Harbor; and

20             e. Exhibits 57-65 And 67-69 to the Declaration of Maura L. Rees in

21 Support of DivX, Inc.'s Reply in Support of Motion for Summary Judgment Re

22 DMCA Safe Harbor.

23       I declare under penalty of perjury under the laws of the United States of

24 America that the foregoing is true and correct.

25       Executed this 21st day of September, 2009 in San Diego, California.

26               By:_____

27                  Natalie J. Morgan

28                  nmorgan@wsgr.com