Ronald L. Johnston (State Bar No. 057418)
Sean Morris (State Bar No. 200368)
Ryan M. Nishimoto (State Bar No. 235208)
Emilia Petersen (State Bar No. 253681)
ARNOLD & PORTER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>DIVX, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV07-06835 AHM (AJWx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

(1) Application for Permission to File/Lodge Under Seal; (2) Proposed Order Granting Application for Permission to File/Lodge Under Seal; (3) Joint Stipulation; and (4) Proposed Order Granting Joint Stipulation.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other See above

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required (*reason*): The document listed at item 3 contains highly confidential information.  Documents containing confidential information must be filed pursuant to the parties' Stipulated Protective Order entered by this Court on February 2, 2009.

| | |
|---|---|
| September 22, 2009 | /s/ Ryan M. Nishimoto |
| Date | Attorney Name<br>Plaintiffs UMG RECORDINGS, INC., *et al*.<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

American LegalNet, Inc.
www.FormsWorkflow.com