RONALD L. JOHNSTON (State Bar No. 57418)
Ronald.Johnston@aporter.com
SEAN MORRIS (State Bar No. 200368)
Sean.Morris@aporter.com
RYAN NISHIMOTO (State Bar No. 235208)
Ryan.Nishimoto@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs*
UMG RECORDINGS, INC., *et al.*

COLLEEN BAL (State Bar No. 167637)
cbal@wsgr.com
DAVID H. KRAMER (State Bar No. 168452)
dkramer@wsgr.com
MAURA L. REES (State Bar No. 191698)
mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendant*
DIVX, INC.

FILED
CLERK, U.S. DISTRICT COURT
OCT 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY SMO DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | Case No. CV 07-06835 AHM (AJWx) |
| Plaintiffs, | [~~PROPOSED~~] **ORDER RE JOINT STIPULATION** |
| v. | |
| DIVX, INC., a Delaware corporation; and DOES 1-10, inclusive, | Judge: Hon. A Howard Matz<br>Courtroom: 14 |
| Defendants. | |

- 1 -

Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., Rondor Music International, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, and Universal Music - MBG Music Publishing Ltd. (collectively "UMG"), on the one hand, and Defendant DivX, Inc. ("DivX") (collectively with UMG, the "Parties," and each individually, a "Party"), having agreed that modification of the current scheduling order and continuance of all pending deadlines is in the best interests of the Parties as stated in the Parties' submitted stipulation, and good cause appearing therefor, **IT IS HEREBY ORDERED BY STIPULATION OF THE PARTIES THAT**:

1. The current scheduling order in this action is modified as reflected in Exhibit A. This schedule does not change any deadline that occurred prior to September 22, 2009.

2. The Parties shall not propound or engage in further expert discovery or motion practice, including, without limitation, the parties shall not take any action or initiate any meet and confer processes pursuant to the Federal Rules of Civil Procedure, the Local Rules, or the Parties' Stipulated Protective Order, for an additional twenty-eight (28) days, until November 19, 2009. All pending deadlines under the Parties' Stipulated Protective Order, pending requests to meet and confer, or for responses to pending expert discovery disputes, shall be held in abeyance for an additional twenty-eight (28) days. After the additional twenty-eight (28) days, the Parties shall have the same amount of time to take such actions and/or respond to such requests as existed on September 22, 2009, unless otherwise ordered.

3. All pending motions will be held in abeyance for an additional twenty-eight (28) days, and the Court will not rule upon any such motions during that time.

///
///
///

4. The Parties shall appear for a status conference on November 16, 2009, to discuss the case calendar and the order of events.

**IT IS SO ORDERED.**

Dated: 10/20/09

Hon. A. Howard Matz
United States District Court
Central District of California

**Exhibit A**

### JUDGE A. HOWARD MATZ
### PRESUMPTIVE SCHEDULE OF PRETRIAL DATES

| Matter | Weeks before Trial | Present Dates | Requested Dates | Court Order |
|---|---|---|---|---|
| Trial date (jury) ~~(court)~~ Estimated length: ~~15~~ 8 days | | 12/22/09 | 1/19/10 | 1-19-10 |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | - 1 | N/A | N/A | N/A |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | - 2 | 12/7/09 | 1/4/10 | 1-4-10 |
| Lodge Pretrial Conf. Order File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | - 4 | 11/23/09 | 12/21/09 | 12-21-09 |
| Last day for hand-serving Motions in Limine | - 6 | 11/9/09 | 12/7/09 | 12-7-09 |
| Last Day to Meet Before Final Pretrial Conference (L.R. 16-2) | - 8 | 10/26/09 | 11/23/09 | 11-23-09 |
| Last day for hearing motions | - 8 | 10/26/09 | 11/23/09 | 11-23-09 |
| Last day for hand-serving motions and filing (other than Motions in Limine) | - 12 | 8/31/09 | N/A | — |
| Non-expert Discovery cut-off for depositions | | 8/17/09 | N/A | — |
| Non-expert Discovery cut-off (except depositions) | - 14 | 8/17/09 | N/A | — |

### ADD'L MATTERS TO BE DETERMINED AT SCHEDULING CONF.

| Matter | Weeks before Trial | Present Dates | Requested Dates | Court Order |
|---|---|---|---|---|
| Expert discovery cut-off | - 6 | 11/9/09 | 12/7/09 | 12-7-09 |
| Rebuttal Expert Witness Disclosure | - 9 | 9/21/09 | N/A | — |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | - 13 | 8/24/09 | N/A | — |
| Last day to conduct Settlement Conference | | 8/17/09 | N/A | — |
| Last Day to Amend Pleadings or Add Parties | | 4/6/09 | N/A | — |

**EXHIBIT A**

- 3 -

[PROPOSED] ORDER RE JOINT STIPULATION
CV07-6835 AHM (AJWx)