1  RONALD L. JOHNSTON (State Bar No. 57418)
   Ronald.Johnston@aporter.com
2  SEAN MORRIS (State Bar No. 200368)
   Sean.Morris@aporter.com
3  RYAN M. NISHIMOTO (State Bar No. 235208)
   Ryan.Nishimoto@aporter.com
4  EMILIA PETERSEN (State Bar No. 253681)
   Emilia.Petersen@aporter.com
5  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
6  Los Angeles, California 90017-5844
7  Telephone:  (213) 243-4000
   Facsimile:  (213) 243-4199
8  Attorneys for Plaintiffs
9  UMG RECORDINGS, INC., et al.

FILED
CLERK, U.S. DISTRICT COURT
OCT 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> DIVX, INC., a Delaware corporation; DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV 07-06835 AHM (AJWx) <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR PERMISSION TO FILE/LODGE UNDER SEAL:** <br><br> **JOINT STIPULATION** <br><br> Courtroom: 14 <br> Judge:  Hon. A. Howard Matz <br><br> Case Filed:  10-22-07 <br> Discovery Cutoff:  08-17-09 <br> Pretrial Conference:  11-09-09 <br> Trial Date:  11-24-09 |

LA: 573174v1

GOOD CAUSE APPEARING THEREFOR, it is hereby ORDERED that the parties' Joint Stipulation dated October 19, 2009 shall be filed under seal.

**IT IS SO ORDERED**

Dated: OCT 20 2009

Honorable A. Howard Matz
United States District Judge
Central District of California

Respectfully submitted by:

Arnold & Porter LLP

By: _____
Ryan M. Nishimoto
Attorneys for Plaintiffs
UMG Recordings, Inc., *et al.*

- 1 -

[PROPOSED] ORDER GRANTING APPLICATION FOR PERMISSION TO FILE/LODGE UNDER SEAL
CV 07-06835 AHM (AJWx)