RONALD L. JOHNSTON (State Bar No. 57418)
Ronald.Johnston@aporter.com
SEAN MORRIS (State Bar No. 200368)
Sean.Morris@aporter.com
RYAN NISHIMOTO (State Bar No. 235208)
Ryan.Nishimoto@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs*
UMG RECORDINGS, INC., *et al.*

COLLEEN BAL (State Bar No. 167637)
cbal@wsgr.com
DAVID H. KRAMER (State Bar No. 168452)
dkramer@wsgr.com
MAURA L. REES (State Bar No. 191698)
mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendant*
DIVX, INC.

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DIVX, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 07-06835 AHM (AJWx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE OF ALL CLAIMS**<br><br>Judge: Hon. A Howard Matz<br>Courtroom: 14 |

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF ALL CLAIMS
CV07-6835 AHM (AJWx)

1  Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of
2  Universal, Inc., Universal-Polygram International Publishing, Inc., Rondor Music
3  International, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes
4  LLC, and Universal Music - MBG Music Publishing Ltd. (collectively "UMG"),
5  on the one hand, and Defendant DivX, Inc. ("DivX") (collectively with UMG, the
6  "Parties," and each individually, a "Party"), having agreed that this action should
7  be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1),
8  with each Party to bear its own costs and attorneys' fees, as stated in the Parties'
9  submitted stipulation, and good cause appearing therefor, **IT IS HEREBY**
10 **ORDERED BY STIPULATION OF THE PARTIES THAT**:
11       1. This action is dismissed with prejudice pursuant to Federal Rule of Civil
12 Procedure 41(a)(1); and
13       2. Each Party shall bear its own costs and attorneys' fees.

15 **IT IS SO ORDERED.**

16 Dated:   11/18/09                    _____
                                        Hon. A. Howard Matz
18                                      United States District Court
                                        Central District of California

-1-
[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF ALL CLAIMS
CV07-6835 AHM (AJWx)